# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| BONNIE HALFACRE TELLERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 2:14-cv-150-GZS |
| | ) |
| MAINE VETERANS' HOME, INC. and | ) |
| LEETE AND LEMIEUX, P.A., | ) |
| | ) |
| Defendant | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DISMISSAL OF THE CASE IN ITS ENTIRETY

No objections having been filed to the Magistrate Judge's Recommended Dismissal (ECF No. 7) filed June 29, 2014, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**.

                                             /s/ George Z. Singal
                                             United States District Judge

Dated this 22nd day of July, 2014.